IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01722-BNB

MARC A. CINOCCO,

    Applicant,

v.

DENVER COUNTY, State of Colorado, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Applicant's "Petition for Clarification of Order and Enlargement of Time," filed on September 10, 2010 (Doc. # 14). Applicant requests a sixty-day extension of time, or until November 20, 2010, to file his Reply to the Pre-Answer Response. The Motion is GRANTED IN PART AND DENIED IN PART. Applicant shall have until **October 29, 2010**, to file a Reply to the Pre-Answer Response. No further extensions of time will be granted unless good cause is shown.

    Dated: September 13, 2010